O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE PINSON, individuals, on behalf of themselves and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AMERICA'S WHOLESALE LENDER, as the Original Lender; CTC REAL ESTATE SERVICE, as the Original Trustee; RECONTRUST COMPANY, et al., <br><br> Defendants. | Case No. CV 12-02028 DDP (MANx) <br><br> **ORDER DISMISSING CASE FOR LACK OF JURISDICTION** |

    On June 21, 2012, this court issued an Order requiring Plaintiff to show cause why her only federal claims - for violations of the Racketeer Influenced and Corrupt Organizations provisions of the Organized Crime Control Act of 1970, 18 U.S.C. § 1961, et seq. ("RICO") - should not be dismissed.  The court expressly provided that failure to respond to the Order to Show Cause by June 29, 2012, would result in the dismissal with prejudice of all RICO claims for relief.  As of the date of this

Order, Plaintiff has not filed any response.  The court therefore dismisses Plaintiff's RICO claims with prejudice.

As a result, Plaintiff's Complaint consists entirely of state law claims.  The court declines to exercise supplemental jurisdiction over these claims.  Plaintiff's Complaint also fails to set forth an adequate basis for diversity jurisdiction.  Indeed, it appears that at least one corporate Defendant - ReconTrust Company - is headquartered in and therefore, like Plaintiff, a citizen of California.  See Rodriguez v. Bank of Am. Corp., No. 2:11-cv-01877, 2012 WL 2375833, at *3 (D. Nev. June 21, 2012) ("Because ReconTrust is a national banking association, it is deemed a citizen of California, where it is headquartered.").  The court therefore dismisses Plaintiff's remaining claims without prejudice.  If Plaintiff chooses, she may pursue these claims in state court.


IT IS SO ORDERED.


Dated: July 13, 2012

DEAN D. PREGERSON
United States District Judge